1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   ALONZO MᶜKINNEY,                    )   No. CV 18-7198 JAK (FFM)
                                         )
11                    Plaintiff,         )   ORDER ACCEPTING FINDINGS,
         v.                              )   CONCLUSIONS AND
12                                       )   RECOMMENDATIONS OF
                                         )   UNITED STATES MAGISTRATE JUDGE
13   COUNTY OF IMPERIAL, *et al.*,       )
                                         )
14                    Defendants.        )
                                         )
15   ─────────────────────────────────

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17   action, the attached Report and Recommendation of United States Magistrate Judge

18   ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19   and accepts the findings of fact, conclusions of law, and recommendations contained in

20   the Report after having made a *de novo* determination of the portions to which

21   objections were directed.

22        IT IS ORDERED that:

23        (1)   plaintiff's damages claims against the CDCR, Calipatria State Prison,

24              Ironwood State Prison, and Kern Valley State Prison are dismissed with

25              prejudice;

26        (2)   plaintiff's claims based on the failure to prosecute inmate G. Williams are

27              dismissed with prejudice;

28   / / /

1  (3)  plaintiff's claims against M. Voong and J. Lewis are dismissed with

2       prejudice;

3  (4)  plaintiff's claims based on California Penal Code § 1054 are dismissed with

4       prejudice; and

5  (5)  plaintiff is granted 30 days' leave to file an amended pleading in accordance

6       with the Report.

7

   Dated: January 30, 2019

8  _____

9                                      JOHN A. KRONSTADT
                                      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28