UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO M<sup>c</sup>KINNEY,<br><br>              Plaintiff,<br>   v.<br>COUNTY OF IMPERIAL, et al.,<br><br>              Defendants. | No. CV 18-7198 JAK (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge (the "Report") (Docket No. 29). Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing plaintiff's claim against Dr. Lalas without prejudice and dismissing plaintiff's remaining claims with prejudice.

DATED: May 21, 2019

                                                  JOHN A. KRONSTADT
                                                United States District Judge