UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALONZO MᶜKINNEY, ) No. 18-7198 JAK (FFM)
)
        Plaintiff, )
  v. ) JUDGMENT
)
)
COUNTY OF IMPERIAL, et al., )
)
        Defendants. )
)

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that plaintiff's claim against Dr. Lalas is dismissed without prejudice and plaintiff's remaining claims are dismissed with prejudice.

DATED: May 21, 2019

                            JOHN A. KRONSTADT
                            United States District Judge